DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440
Electronic Mail: daniel@malakauskas.com

Attorney for Plaintiff.

NILESH CHOUDHARY, SBN 219425
4010 Foothills Boulevard, Suite 103
Roseville, CA 95747
Telephone: 916-526-2770
Facsimile: 916-740-4672
Electronic Mail: nilesh.choudhary@gmail.com

Attorney for Defendant:
Maxx For Less

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **CYNTHIA HOPSON**, <br><br> PLAINTIFF, <br><br> v. <br><br> **MAXX FOR LESS, INC.**, dba MORE FOR LESS #12, **RONALD GROSS**, as an individual and in his representative capacity as Trustee for the Ronald Gross Trust, and DOES 1-10, inclusive, <br><br> DEFENDANTS. | Case No.: 2:14-cv-02989-WBS-DAD <br><br> **STIPULATED DISMISSAL WITH PREJUDICE AND ORDER GRANTING THEREOF** <br><br> [Fed. R. Civ. P. 41] |

STIPULATION FOR DISMISSAL AND PROPOSED ORDER GRANTING THEREOF

**IT IS HEREBY STIPULATED** by and between the parties in this action through their designated counsel, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, pursuant to Federal Rules of Civil Procedure 41(a)(1). The parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated: November 17th, 2015        /s/Daniel Malakauskas_____
                                  Daniel Malakauskas, Attorney for
                                  Plaintiff

Dated: November 17th, 2015        /s/Nilesh Choudhary_____
                                  Nilesh Choudhary, Attorney for Defendant,
                                  Maxx For Less, Inc.

STIPULATION FOR DISMISSAL AND PROPOSED ORDER GRANTING THEREOF

**ORDER**

**IT IS HEREBY ORDERED**, that this action be and is hereby dismissed in its entirety, **WITH PREJUDICE**, the parties shall bear their own costs and attorney fee's in connection with the lawsuit and the negotiation and preparation of any agreement entered into by such parties.

Dated:  November 18, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE